UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. **09-CV-60198-Moreno-Torres**

SILVIA TERESA OSORIO

    Plaintiff,

VS.

X 10 WIRELESS TECHNOLOGY, INC.



FILED by VT D.C.
ELECTRONIC

**Feb. 9, 2009**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**ORIGINAL**

1. The Plaintiff, SILVIA TERESA OSORIO, "I" moves with a civil action against The Defendant, X 10 WIRELESS TECHNOLOGY, INC. Operating business over the Internet and based at 3824 North Fifth Street, Suite C, North Las Vegas, Nevada 89032 for violation of the federal Public Accommodation Act and breach of verbal contract for indefinite technical support.

2. On October 9, 2008 I purchased a security system over the telephone from the defendant in the amount of $299.98 [Please see exhibit 1]. I received the system on Ocotober 15, 2008 with prove of a warranty for one year [Please see exhibit 2]. This product is composed of surveillance cameras for private use at home.

3. Prior to making this purchase I spent many hours painstaking doing a research online in order to find the security system that was most convenient for me and affordable.

4. The main reason that attracted my attention to this product were the features involved; wireless electric cameras connected to the Internet, able to record and the most important thing was a verbal contract by the sales person who assured me they offer lifetime technical support at no extra charge. Unlike most electronic provedors who charge extra moneys for technical support after the one year warranty period expires.

5. The reason I bought this product is because I am constantly suffering-brake ins in my dwelling where a lot of my personal items are taken while I leave to perform my domestic errands and or doctor's appointments and religious meetings. Including my religious literature I need for

(This document is being printed at Broward County Main Public
Library. In case of errors these will be manually corrected)
Initials: S.O.

my Bible school as I am one of Jehovah's Witnesses, also many personal items such as clothes and my prescribed glasses, among many other items forcing me to buy these necessary items over and over while I am a legally disabled individual who lives on a tight fixed income.

6. The thieveries taking place so frequently was not the only reason I purchased the security system. Also I was suffering from food poisoning on a regular basis. Many times I ended up in the emergency room due to this crime. I even tasted horrible tasting chemicals in my food which prompted me to spit it out. This is a problem that caused me a lot of distress in a total of four different dwellings consecutively since 2004.

7. In 2005 when I resided in Coral Springs having the same problem, the police told me that it was Henderson Mental Health Center because I was suing them in federal court for sexual harassment in the workplace against me, as if I am supossed to tolerate or cater such illegal behavior in the workplace. However, they were unable to prove the allegations and adviced me to activate an alarm that was already installed in that apartment. But because of the brake-ins problems, my inability to recover and be able to obtain employment again, I was unable to afford the alarm system. So, I moved from that apartment but was encounter with the same problem in the next three places I have moved as a result of this persecution.

8. My former doctor Kim, adviced me that if I was unable to control the problem and or to afford security systems, to then buy my groceries, bring these home and cook and eat these and not to eat anything unattended. This turned into a nightmare for me. Because unable to store food one must rule out; milk, honey, eggs, flour, loaf of bread, meats, poultry, fruits and vegetables, oils, nuts, oatmeal, etc. Many items that can be store in kitchen cabinets and in the refrigerator. This is the only way I know how to save money when buying groceries. By purchasing these every day for a single day to eat, it is costly and one most deprive himself from eating properly for lacking products that are not sold for a single day but in large quantities.

9. At my present dwelling I am having the same problem. However, my landlords' maitenance man, Mr. John, adviced my landlord, Mr. Olibrice, that he was having the same

2

problem I am having, at his home. Then he purchased the security system of surveillance cameras that are connected to either the television set or computers and can be connected to the internet and that these cameras are affordable and anybody can buy these. Therefore, due to my distressful situation, I asked permission to my landlords to buy the surveillance cameras at my expeneses, and they allowed me to do this.

10. Finally I received the surveillance cameras and properly installed these since they are very easy to install. however, a problem raised with this product and I was forced to call for technical support. They attended me and claimed that an interference generating from near the premises where I have my cameras installed, has blocked my cameras with a "frequency of 2.4" and that it was nothing they could do for me and that I cannot return ~~the return~~ the product for refund.

11. Because the product is under warranty for one entire year which has not expired yet, I try to call back the company many, many times, too numerous to mention, to see if I could speak to a supervisor for days I tried this and was never attended, other than automated services that did not lead me to their billing department, nor their promised technical support for life, and let along a supervisor; all these services which were strongly denied to me.

12. As a result of this, I have experience brake-ins again, and loss of Bible literature, my prescribed glasses, among other personal itmes that belong to me; daily necessities require for anybody to survive. At one point I was forced to spit my food because it tasted horrible as if it had been poisoned again. Causing me a lot of unnecessary distress, anwish and struggle, preventing me from my recovery in order to function well again.

13. Therefore, because the defendant failed to provide a good honest service, and deny me even to speak to a supervisor in order to verify the allegations of the person practically telling me I lost all my money that I faithfully paid to them in full when I purchase the product, I strongly believe I was swindled of my $299.98 money. That I have been the victim of fraudulent activities and that the defendant, X 10 WIRELESS TECHNOLOGY, INC. is in violation of the

3

federal Public Accommodation Act and of breach of verbal contract. That they caused me a lot of distress and frustration and a lot of aggravation by denying me all those services I was rightfully and legally entitled to.

## I  FIRST CAUSE OF ACTION - § 42 U.S.C.A. § 1981 - DENIAL OF SERVICES OF A PLACE OF PUBLIC ACCOMODATION

14.  The defendant, X 10 WIRELESS TECHNOLOGY, INC., denied me the full enjoyment of public accommodation in violation of 42 U.S.C.A. § 1981.

## II  SECOND CAUSE OF ACTION - INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS UNDER FLORIDA LAW

15.  The defendant, X 10 WIRELESS TECHNOLOGY, INC., obvious and intentional reckless conduct over the telephone wi their technical support and billing department was extreme and outrageous, which caused me severe emotional distress in violation of a Florida State Law. Left me withtou the security I bought the cameras to start with and forced me to go to another company and buy new cameras to safeguard my dwelling and my food. [Please see exhibit 3]

## III  PRAYER FOR RELIEF:

WHEREFORE, I demand the following relief agaisnt the defendant:

A.  That the Court issue a temporary and permanent injunction enjoining defendant from engaging in unlawful activities;

B.  Award me, the plaintiff, with additonal relief as the Court deems just, proper, and equitable.

C.  That the Court allows me to request a trial by jury on all such issues justiciable.

Resptecfully submitted,

_Silvia Osorio_

Silvia Teresa Osorio, Prose Litigant
P.O. Box 934
Deerfield Beach, Florida 33443
Phone: 954-783-5368 Email: saltoatras@gmail.com

4

# Exhibit 1



**X10.com**
a division of
X10 Wireless Technology, Inc.

Sales
(800) 675-3044

Customer Support
(800) 442-5065

**Invoice**  898861-PN617
Order Date  10/9/2008
**Ship By**  Ground Residential

ADD TO SSR: LEAVE PACKAGE AT THE BACK DOOR IN THE BACK OF THE HOUSE.

| | |
|---|---:|
| **Sub Total** | $299.98 |
| **Sales Tax** | $0.00 |
| **Shipping Total** | $0.00 |
| **Grand Total** | $299.98 |

**Shipment Packed By:**

**Weight:**  9.18lbs



Warranty, support and return information is available at http://www.x10.com/support

# Exhibit 2



**X10.com**
a division of
X10 Wireless Technology, Inc.

**Invoice** 898861-PN617-1
**Order Date** 10/9/2008
**Ship By** Ground Residential

**Sales** (800) 675-3044
**Customer Support** (800) 442-5065

X10.com
3824 North 5th St, Suite C
North Las Vegas, NV 89032

898861B

**Bill To:**
SILVIA TERESA OSORIO, --
2161 NE 1RST AVE
APT REAR
POMPANO BEACH, FL, 33060, US

**Tel:** 9547835368

**Ship To:**
SILVIA TERESA OSORIO, --
2161 NE 1RST AVE
APT REAR
POMPANO BEACH, FL, 33060, US

| Checked | Quantity | Part Number | Item Description |
|---|---|---|---|
| ✓ | 1 | CM19A | Wireless PC Transceiver |
|   | 1 | IN47A | Multi-camera kit instructions |
|   | 1 | IN53A | Ninja Power Supply Information |
|   | 1 | IN76A | 1 Year Full Replacement Warranty Instruction |
|   | 1 | IN80A | XCam2 Primer |
| ✓ | 1 | MM022 | Security Surveillance Decal (4 x 6.5) |
| ✓ | 1 | MM023 | Security Surveillance Window/Yard Sign (6 5/8 x 10.5) |
| ✓ | 4 | MS14A | EagleEye Motion Sensor |
| ✓ | 1 | SW26A | Vanguard Control Center Software |
| ✓ | 1 | TM751 | Small Wireless Transceiver |
| ✓ | 1 | UX23A | VCR Commander II |
| ✓ | 1 | VA11A | USB Video Capture Adapter |
| ✓ | 1 | VK74A | Pan & Tilt Base |
| ✓ | 1 | VR36A | Small Video Receiver (no audio) |
| ✓ | 1 | WA1-300 | 1 Year Full Replacement Warranty ($200-$299.99) |
| ✓ | 2 | XX16A | XCam2 Instant-On Camera |
| ✓ | 2 | XX20A | NightWatch Wireless Low-Light B/W Video Camera |

**Shipment Packed By:**   **Weight:** 9.18lbs

*Handwritten margin note: Rec'd call 10/15/8 5:23 P. Amanda R @x10.com, Customer Service Rep. 1-800-675-3044 ext. 2662*

Warranty, support and return information is available at http://www.x10.com/support

# Exhibit 3



Silvia Osorio &lt;saltoatras@gmail.com&gt;

# Order Confirmation Email

1 message

---

**service@lorextechnology.com** &lt;service@lorextechnology.com&gt;     Tue, Feb 3, 2009 at 6:31 PM
To: saltoatras@gmail.com



Tuesday, February 03, 2009

Order Confirmation

---

Thank you for your order. Consider this email your receipt. We will be processing a charge to your card as the items ship. To check your order's status #38212, sign-in to your account and select your order number in your "Order History". You can go directly to your account by clicking &gt;here&lt;.

Tuesday, February 03, 2009 6:31:26 PM
Order #: 38212

If you would like to use the same information that you used this time on your next purchase. Please use the username and password below during your checkout.

Username: saltoatras@gmail.com
Password: 36250000

---

**Shipping Information**

Silvia Teresa Osorio
2161 NE 1 Avenue
Apt. # REAR
Pompano Beach Florida

33060
USA

**Billing Information**

Silvia Teresa Osorio
2161 NE 1 Avenue
Apt. # REAR
Pompano Beach Florida

33060
USA

MasterCard
************9757

exp. 11 11

**Shipping Method:** Standard

| ORDER ID | DESCRIPTION | QTY | AVAILABILITY | PRICE |
|---|---|---|---|---|
| 38212 | Color Wireless Surveillance Security System with 2 Indoor/Outdoor Night Vision Security Cameras | 1 | (In stock) | $199.99 |

\* All prices in US dollars.
**Sub Total** $199.99

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

**I. (a) PLAINTIFFS** SILVIA TERESA OSORIO
P.O. BOX 934, DEERFIELD BEACH, FLORIDA 33443

**DEFENDANTS** X10 WIRELESS TECHNOLOGY, INC., 3824 NORT 5TH ST. N. LAS VEGAS, NEVADA 89032 (online services)

(b) County of Residence of First Listed Plaintiff **BROWARD**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant **BROWARD**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
SILVIA TERESA OSORIO, PRO SE
P.O. BOX 934, DEERFIELD BEACH, FLORIDA 33443
PHONE: 954-783-5368

Attorneys (If Known)

(d) Check County Where Action Arose: ☐ MIAMI-DADE ☐ MONROE ☒ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

0:09CV60198-Moreno-Torres

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | / ☒ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | / ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S).
(See instructions second page):
a) Re-filed Case ☐ YES ☐ NO   b) Related Cases ☐ YES ☐ NO
JUDGE                              DOCKET NUMBER

## VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity): Section 42 U.S.C.A. Section 1981, Denial of Service in Violation of Federal Public Accommodation Act

LENGTH OF TRIAL via **10** days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE
SIGNATURE OF ATTORNEY OF RECORD
*Silvia Osorio*
DATE 2-9-09

FOR OFFICE USE ONLY
AMOUNT ____   RECEIPT # ____   IFP **Yes**